UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

OAKTREE PRINCIPAL FUND V, L.P., *et al.*,

                       Plaintiffs,

                       -v-

WARBURG PINCUS LLC, *et al.*,

                       Defendants,

------------------------------------------------------------------ x

CASE NO.   1:19-mc-00051

(United States District Court For The Central District Of California, No. 15-CV-8574 (PSG) (MRWx), Hon. Philip S. Gutierrez, U.S.D.J.)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the accompanying Declaration of Joseph T. Baio, and the exhibits annexed thereto, each dated February 4, 2019, Non-Party Rachel C. Strickland will move this Court at the United States Courthouse located at 500 Pearl Street, New York, New York, 10007-1312, for an Order pursuant to Rule 45 of the Federal Rules of Civil Procedure, quashing the deposition subpoena served by Plaintiffs Oaktree Principal Fund V, L.P., *et al.* in connection with the above-captioned matter.

Dated: February 4, 2019
        New York, New York

                                        WILLKIE FARR & GALLAGHER LLP

                                        By: _____
                                                Joseph T. Baio
                                                787 Seventh Avenue
                                                New York, New York 10019
                                                (212) 728-8000
                                                jbaio@willkie.com

                                                *Attorneys for Non-Party Rachel C. Strickland*

- 2 -

TO:

Robert J. King
MCKOOL SMITH HENNIGAN, P.C.
300 S. Grand Avenue
Los Angeles, California 90071
(213) 694-1200
rking@mckoolsmithhennigan.com

*Attorneys for Plaintiffs*