UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OAKTREE PRINCIPAL FUND V, LP, et al.,

Plaintiff,

-v-

WARBURG PINCUS LLC, et al.,

Defendants.

19-MC-51 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Any response to Non-Party Rachel C. Strickland's motion to quash the subpoena shall be filed within 14 days of service of the motion.

SO ORDERED.

Dated: February 5, 2019
New York, New York

J. PAUL OETKEN
United States District Judge