WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

February 19, 2019

**<u>VIA ECF</u>**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *<u>Oaktree Principal Fund V, LP v. Warburg Pincus LLC</u>*<u>, No. 19-MC-51 (JPO)</u>

Dear Judge Oetken:

I write on behalf of non-party Rachel C. Strickland regarding her motion to quash a subpoena served by Plaintiffs Oaktree Principal Fund V LP, *et al.* Last night, Plaintiffs' counsel, Robert King, informed our office that Plaintiffs have withdrawn their subpoena to Ms. Strickland. As a result, by this letter, Ms. Strickland is withdrawing her motion to quash Plaintiffs' subpoena, without prejudice, and respectfully requests that the Court close the above-referenced action.

Respectfully submitted,

*/s/ Joseph T. Baio*

Joseph T. Baio

cc (via e-mail): Robert King, Esq.

28180659.1